Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, California 90028
Telephone: (323) 672-8281
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**SANDRA EDMONDS**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA CHEEK, an Individual; PHILLIPS 66 COMPANY, a Delaware Corporation; FIELD INVESTMENT CORP., a California Corporation; UNOCAL CORPORATION, a California Corporation; and Does 1-10,<br><br>Defendants. | CASE NO.: 2:20-cv-00433-PSG-AGR<br><br>**NOTICE OF SETTLEMENT**<br><br>The Hon. Judge Phillip S. Gutierrez<br>Trial Date: Not on Calendar |

    Plaintiff hereby notifies the court that a confidential settlement has been reached in the above-captioned case and would like to avoid any additional expense, and further the interests of judicial economy.

    Plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that a Dismissal with prejudice as to all parties will be filed

within 60 days. Plaintiff further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: August 3, 2020   THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: */s/Anoush Hakimi*
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Sandra Edmonds