FILED
CLERK, U.S. DISTRICT COURT
9/8/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PATRICIA CHEEK, an Individual; PHILLIPS 66 COMPANY, a Delaware Corporation; FIELD INVESTMENT CORP., a California Corporation; UNOCAL CORPORATION, a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00433-PSG-AGR<br><br>*Hon. Phillip S. Gutierrez*<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: January 15, 2020<br>Trial Date:　　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds's ("Plaintiff") action is dismissed with prejudice. Each party will be responsible for her and its own fees and costs.

///

///

IT IS SO ORDERED.
DATED: 9/8/2020
_____
U.S. DISTRICT JUDGE

1

Dated: _____   _____
Hon. Phillip S. Gutierrez
Judge, United States Court
Central District of California